No. 48. MASTERS ET AL. *v.* DUVAL COUNTY, FLORIDA, ET AL. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. P. H. Odom* for petitioners. *Messrs. Perse L. Gaskins* and *Robert R. Milam* for respondents.

No. 49. INTERNATIONAL RAILWAY CO. *v.* BURDICK ET AL. October 8, 1934. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Mr. Martin Lee Clark* for petitioner. *Messrs. Alan V. Parker, Henry Epstein,* and *Joseph H. McLaughlin* for respondents.

No. 50. UNION PACIFIC R. CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Henry W. Clark* and *Edward N. Abbey* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Morton K. Rothschild* for respondent.

No. 52. MAYOR AND CITY COUNCIL OF BALTIMORE *v.* GIBBS. October 8, 1934. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Messrs. R. E. Lee Marshall, Paul F. Due, J. Francis Ireton,* and *Wm. Preston Lane* for petitioner. *Messrs. George Weems Williams* and *Wm. L. Marbury, Jr.,* for respondent.

No. 53. BECKER ET AL. *v.* MONTGOMERY WARD & CO., INC. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Gilbert*

*Lamb* for petitioners. *Mr. Frank Y. Gladney* for respondent.

No. 56. HOPKINS *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herbert Pope* and *George A. Carpenter* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Andrew D. Sharpe* for respondent.

No. 57. WABASH RAILWAY CO. *v.* HIATT, ADMINISTRATRIX. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. N. S. Brown* and *Homer Hall* for petitioner. *Mr. John S. Marsalek* for respondent.

No. 58. DIXON *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Ellsworth C. Alvord* and *Elwood G. Godman* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 59. CHICAGO & NORTHWESTERN RY. CO. *v.* WILCOX CO. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Samuel H. Cady, William T. Far-*